BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No.: 002297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No.: 008501
STEPHENSON & DICKINSON
2820 West Charleston Blvd., Suite B-19
Las Vegas, NV  89102
(702) 474-7229
Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CATHE F. MORRIS and EVAN MORRIS, Individually, and as Husband and Wife,

Plaintiff,

vs.

NORMAN G. GRINGAS, Individually; WERNER ENTERPRISES, INC., a Nebraska Corporation; DOES I-X; and ROE CORPORATIONS 1-X, inclusive,

Defendants.

CASE NO.: 2: 06-cv-1139

**STIPULATION REGARDING REMAND TO STATE COURT**

IT IS HEREBY STIPULATED AND AGREED, by Defendants, NORMAN G. GRINGAS and WERNER ENTERPRISES, INC., and Plaintiffs, CATHE F. MORRIS and EVAN MORRIS, by and through their undersigned counsel:

1. That total amount in controversy, including taxable costs, attorney's fee and prejudgment interest, for the combined claims of Cathe and Evan Morris does not exceed $75,000.

2. That because the amount in controversy does not exceed $75,000, diversity jurisdiction is not present.

3. That this case be remanded to the Clark County District Court, Case No. A523271, in order to allow the Plaintiffs to pursue their claims in this court.

| Dated 5-29-07 | Dated 5-23-07 |
|---|---|
| *(signature)* | *(signature)* |
| BRUCE SCOTT DICKINSON, ESQ. | Craig K. Perry, Esq. |
| Nevada Bar No.: 002297 | Nevada Bar No.: 003786 |
| MICHAEL E. HOTTMAN, ESQ. | CRAIG K. PERRY & ASSOCIATES |
| Nevada Bar No.: 008501 | 3622 North Rancho Drive, #102 |
| STEPHENSON & DICKINSON | Las Vegas, NV 89130 |
| 2820 West Charleston Blvd., Suite B-19 | P: 702-228-4777 |
| Las Vegas, NV 89102 | F: 702-943-7520 |
| (702) 474-7229 | *Attorney for Plaintiffs* |
| Attorney for Defendants | |